COURT OF CRIMINAL APPEALS 25,679-22
AUSTIN, TEXAS

April 17, 2015
Friday

Dear Abel Acosta,
(CCA),

I'm writing concerns of any information you can provide me with whether there's been any decision made by the court to the 'MOTION FOR RECONSIDERATION. See WR-25,679-22?

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱

(CCA). Clerk,
    Abel Acost,
        I would like to know if you will send me a copy of the 'LETTER' I wrote to the Court; specifically, it was to Justice Barbara P. Hervey, March 21, 2013. I am requesting a copy of the 'LETTER'. Because now knowing the Court received it and you did file in the official records.
    As I stated, expressed my concerns in that LETTER. I felt the need to send a copy of the Application for Writ of Habeas Corpus that I'm sending to the trial Court. I feel the need to sent a copy to you, your office to bring to the attention of the Court. On Monday, April the 27th, 2015. I'm filing Application for Writ of Habeas Corpus, 11.07, sec. 4(a)(2)..(BRADY VIOLATION). In the trial Court. and the exact same to the Court of Criminal Appeals.
    THANK YOU, for your consideration... MAY GOD BLESS you Abel Acost.

Arthur Lowe
ARTHUR LOWE #669750
HUGHES UNIT.
RT-2, BOX 4400
GATESVILLE, TEXAS 76597